IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CHANTHA SITH,                       )
                                    )
            Plaintiff,              )   2:09-cv-00451-GEB-KJM
                                    )
      v.                            )   ORDER
                                    )
FIRST AMERICAN LOANSTAR TRUSTEE     )
SERVICES; CHASE HOME FINANCE, LLC;  )
and DOES 1-10, inclusive,           )
                                    )
            Defendants.             )
                                    )
```

Pending are Defendants' dismissal motions which are set for hearing on April 20, 2009. However, on April 9, 2009, the undersigned judge received a notice from the State Bar of California that Mitchell Roth, who represents Plaintiff in this action, is no longer authorized to represent Plaintiff. Therefore, Plaintiff is proceeding pro se. It is unclear whether Plaintiff received notice of Defendants' pending motions, and knows that Mr. Roth no longer represents her in this case. Therefore, Defendants shall ensure that any required service on Plaintiff is made. Since the service issue is unclear, the motions are deemed withdrawn without prejudice to being re-noticed for hearing.

1

Lastly, the Clerk of the Court shall add Plaintiff's last known address, which is identified in Plaintiff's Complaint as 428 Morro Lane, Stockton, California 95207, to the service list for this action; and shall serve Plaintiff Chantha Sith with a copy of this Order.

Dated: April 15, 2009

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge